# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

DESTINY GRESART, A MINOR, BY AND THROUGH HER MOTHER DEDRA GRESART, HER NATURAL PARENT AND GUARDIAN, AND DEDRA GRESART, INDIVIDUALLY, IN HER OWN RIGHT,

Petitioners

v.

BUFFALO & PITTSBURGH RAILROAD, INC., A DELAWARE CORPORATION; GENESEE & WYOMING, INC., A DELAWARE CORPORATION; AND JAMES MURDOCK, AN INDIVIDUAL,

Respondents

: No. 235 WAL 2016
:
:
:
: Petition for Allowance of Appeal from
: the Order of the Superior Court
:
:
:
:
:
:
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 25th day of October, 2016, the Petition for Allowance of Appeal is **DENIED**.